LEIGH GODDARD, NV Bar No. 6315
McDONALD CARANO LLP
100 W. Liberty St., Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile:  (775) 788-2020
Email: lgoddard@mcdonaldcarano.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEVERAGE DISPENSING SOLUTIONS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> THERMOPLAN USA, INC., <br><br> Defendant. | CASE NO.: 3:18-cv-00603-MMD-CBC <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** <br> (First Request) |

Plaintiff BEVERAGE DISPENSING SOLUTIONS, LLC ("BDS") and Defendant THERMOPLAN USA, INC. ("Thermoplan"), by and through their counsel of record, hereby stipulate and agree that the date for Thermoplan to answer or otherwise respond to the Complaint (ECF No. 1) shall be extended from January 23, 2019 to and including February 24, 2019.

The extension of time is necessary to allow Thermoplan sufficient time to investigate the claims presented in the Complaint.  The parties represent that this

//
//
//
//
//
//

stipulation is made in good faith and not for the purpose of delay and have not previously applied for an extension of time to respond to the Complaint.

| | |
|---|---|
| Date: <u>January 23, 2019</u> | Date: <u>January 23, 2019</u> |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | McDONALD CARANO LLP |
| <u>/s/ Michael D. Rounds</u><br>Michael D. Rounds<br>5371 Kietzke Lane<br>Reno, NV 89511 | <u>/s/ Leigh Goddard</u><br>Leigh Goddard<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501 |
| Timothy E. Grochocinski<br>Joseph P. Oldaker<br>NELSON BUMGARDNER<br>   ALBRITTON PC<br>15020 S. Ravinia Avenue, Suite 29<br>Orland Park, IL 60462 | Attorneys for Defendant |
| Attorneys for Plaintiff | |

**IT IS SO ORDERED.**

DATED: January 24, 2019.

_____
United States Magistrate Judge

4826-8943-3478, v. 1

2