1  LEIGH GODDARD, NV Bar No. 6315
   McDONALD CARANO LLP
2  100 W. Liberty St., Tenth Floor
   Reno, Nevada 89501
3  Telephone: (775) 788-2000
   Facsimile: (775) 788-2020
4  Email: lgoddard@mcdonaldcarano.com

5  *Attorneys for Defendant*



FILED _____   _____ RECEIVED
_____ ENTERED   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

6

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

11  BEVERAGE DISPENSING SOLUTIONS,       CASE NO.: 3:18-cv-00603-RCJ-CBC
    LLC.,
12
             Plaintiff,                  **STIPULATION AND ORDER FOR**
13                                       **EXTENSION OF TIME FOR**
    v.                                   **DEFENDANT TO RESPOND**
14                                       **TO THE COMPLAINT**
    THERMOPLAN USA, INC.,                **(Second Request)**
15
             Defendant.
16  _____/

17

18       Plaintiff BEVERAGE DISPENSING SOLUTIONS, LLC ("BDS") and Defendant

19  THERMOPLAN USA, INC. ("Thermoplan"), by and through their counsel of record,

20  hereby stipulate and agree that the date for Thermoplan to answer or otherwise respond

21  to the Complaint (ECF No. 1) shall be extended from February 24, 2019 to and including

22  March 22, 2019.

23       The extension of time is necessary because the parties appear to have resolved

24  their dispute and require additional time to prepare the settlement documents before a

25  stipulation for dismissal can be filed.   The parties represent that this stipulation is made

26  in good faith and not for the purpose of delay.   They have previously applied for an

27  extension of time to respond to the Complaint.

28  //

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

1      IT IS SO STIPULATED:

2     Date: <u>February 25, 2019</u>             Date: <u>February 25, 2019</u>

3     BROWNSTEIN HYATT FARBER      McDONALD CARANO LLP
     SCHRECK, LLP
4

5     <u>*/s/ Michael D. Rounds*</u>         <u>*/s/ Leigh Goddard*</u>
     Michael D. Rounds               Leigh Goddard
6     5371 Kietzke Lane                100 W. Liberty Street, Tenth Floor
     Reno, NV 89511                 Reno, NV 89501
7

8     Timothy E. Grochocinski         *Attorneys for Defendant*
     Joseph P. Oldaker
     NELSON BUMGARDNER
9       ALBRITTON PC
     15020 S. Ravinia Avenue, Suite 29
10    Orland Park, IL 60462

11    *Attorneys for Plaintiff*

12

13

14

15     **IT IS SO ORDERED.**

16

17     DATED: 2/26 , 2019.

18

19                         

20                  United States Magistrate Judge

21

22

23

24    4813-9462-9257, v. 2

25

26

27

28

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020